MARK GOLDROSEN, SBN 101731
255 Kansas Street, Suite 340
San Francisco, California 94103
Telephone: (415) 565-9600
FAX: (415) 565-9601

Attorney for Defendant
ERNESTO CABRERA

FILED
AUG 11 2006
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND FACILITY

| UNITED STATES OF AMERICA, | ) | No. CR-05-00543-CW |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | [PROPOSED] ORDER PERMITTING COUNSEL TO BRING LAPTOP COMPUTER AND TAPE PLAYER INTO GLENN DYER JAIL SO THAT DEFENDANT ERNESTO CABRERA MAY LISTEN TO RECORDINGS PROVIDED IN DISCOVERY |
| TOMAS VELO-PEREZ and ERNESTO CABRERA | ) | |
| Defendants. | ) | |

TO ALAMEDA COUNTY SHERIFF'S DEPARTMENT, GLENN DYER JAIL:

GOOD CAUSE APPEARING, it is hereby ordered that counsel Mark Goldrosen may bring a laptop computer and tape player into Glenn Dyer Jail when visiting defendant ERNESTO CABRERA so that defendant Cabrera may listen to the recorded communications provided in discovery and watch the video surveillance provided in discovery. After each meeting with Mr. Cabrera, counsel will take the computer and tape player with him from the jail. The computer and tape player will not be left with Mr. Cabrera.

DATED: 8-11-06

~~THE~~ HONORABLE CLAUDIA WILKEN
United States District Judge

-3-