FILED
NOV 16 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO CABRERA,<br><br>    Movant,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent.<br>_____/ | NO.  C 07-5633 CW<br>      CR 05-0543 CW<br><br>ORDER TO SHOW CAUSE |

    Movant, a federal prisoner currently incarcerated at California City Correctional Facility, filed this motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence.  Good cause appearing, the Court hereby issues the following orders:

 1.   The Clerk of the Court shall serve by certified mail a copy of this Order and the motion and all attachments thereto upon Respondent and Respondent's attorney, the United States Attorney. The Clerk shall also serve a copy of this Order on Movant.

 2.   Respondent shall file with this Court and serve upon Movant, within thirty (30) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2255 Cases, 28 U.S.C. foll. § 2255.

 3.   If Movant wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it upon Respondent

filing a traverse with the Court and serving it upon Respondent within thirty (30) days of his receipt of the answer.

IT IS SO ORDERED.

Dated: NOV 16 2007

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

Copies mailed to parties noted on attached sheet

2